**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1351**

---

In re:  ARTHUR JONES, JR., a/k/a Arthur Palmer, a/k/a June, a/k/a Junior,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Charleston.  (2:99-cr-00362-DCN-1)

---

Submitted:  June 13, 2024                                      Decided:  June 18, 2024

---

Before RUSHING and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Arthur F. Jones, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Jones, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion to reopen the appeal period. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court granted the motion on April 29, 2024. Accordingly, because the district court has recently decided Jones' case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*